UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur D'Amario,
    Petitioner

v.                                    Case No. RI 01-cv-097T
                                           NH 01-cv-069-SM

United States of America,
    Defendants

### RECUSAL ORDER

Based on the same facts supporting the recusal order dated August 27, 2003, in the case entitled United States of America v. Arthur D'Amario, NH 99-cr-030-JD, RI 99-cr-024-01S, the undersigned judges are recused from presiding over this case. Accordingly, the case shall be transferred back to the District of Rhode Island.

**SO ORDERED.**

October 27, 2005                        _____
                                                Steven J. McAuliffe
                                                Chief Judge

October 29, 2005                        _____
                                                Paul Barbadoro
                                                United States District Judge

November 3, 2005                      _____
                                                James R. Muirhead
                                                United States Magistrate Judge

cc:  Arthur D'Amario
     Stephanie S. Browne, Esq.
     Clerk, USDC-RI